```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SHAEL CRUZ,                                                    :
                                                               :
                                Plaintiff,                     :
                                                               :      20-cv-5655 (LJL)
        -v-                                                    :
                                                               :          ORDER
AQUA-LUNG AMERICA INC.,                                        :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court ordered Plaintiff to file a motion for default judgment. *See* Dkt. No. 9. Plaintiff filed a declaration in support of default judgment and the Clerk's Certificate of Default, but has not filed the motion itself pursuant to Rule 3(E) of this Court's Individual Practices in Civil Cases. Rule 3(E) also requires certain information to be included in the attorney's declaration, which has not been provided in this case.

Plaintiff is directed to file the motion and an amended declaration within two (2) weeks of this Order.

SO ORDERED.

Dated: January 13, 2021
       New York, New York                     _____
                                                    LEWIS J. LIMAN
                                              United States District Judge